IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

Timothy McCormick and wife Delnita McCormick,

    Plaintiffs,

vs.

AmGuard Insurance Company,

    Defendant.

CASE NO.: 1:24-CV-00004-TAV-CHS
Honorable Christopher H. Steger
JURY DEMAND

## JOINT MOTION TO AMEND SCHEDULING ORDER

Come the parties, by and through counsel, and jointly move the Court to extend the time for the parties to complete discovery and make expert disclosures. In support of this Joint Motion, the parties would show unto the Court as follows:

1. The Court's current Scheduling Order [Doc. 21] sets the following deadlines:

   - Deadline for Plaintiff to make expert disclosures – January 14, 2025
   - Deadline for Defendant to make expert disclosures – February 11, 2025
   - Deadline to file final witness list – February 18, 2025
   - Deadline to complete discovery, including depositions for evidence – March 4, 2025.

2. The Parties are nearing completion of written discovery and are discussing necessary party and/or fact witness depositions.

3. The Parties have also begun preliminary settlement discussions and believe that extension of the deadlines set forth above will aid the Parties in exploring the potential for claim resolution.

4. Accordingly, the Parties jointly request that the Court extend the above deadlines by 45 days to allow them additional time to complete discovery and explore the potential for resolution of the claim.

5. The new requested deadlines would be:

- Deadline for Plaintiff to make expert disclosures – February 28, 2025
- Deadline for Defendant to make expert disclosures – March 28, 2025
- Deadline to file final witness list – April 4, 2025
- Deadline to complete discovery, including depositions for evidence – April 18, 2025.

6. This request will not impact any other deadlines or require a continuance of the currently scheduled August 12, 2025 trial date. It will therefore not cause prejudice to any party to this matter.

WHEREFORE, the above-premises considered, the Parties jointly request that the Court extend the deadlines set forth above 45 days. A proposed order in keeping with this request is submitted herewith.

This the 16th day of January, 2025.

Respectfully submitted,

MCANGUS GOUDELOCK & COURIE, LLC

 */s/ Joshua A. Wolfe*
JOSHUA A. WOLFE, 23101
520 West Summit Hill Drive, Suite 905
Knoxville, Tennessee 37902
Phone: (865) 243-2743
Facsimile: (865) 381-1417
Email: joshua.wolfe@mgclaw.com

ATTORNEYS FOR AMGUARD
INSURANCE COMPANY


LOGAN-THOMPSON, P.C.

 */s/ Ira V. Lee, III by J.A.W. w/ per.*
ROBERT S. THOMPSON, 12832
IRA V. LEE, III, 40903
Post Office Box 191
Cleveland, Tennessee 37364-0191
Phone: (423) 476-2251
Facsimile: (423) 476-2252
Email: rthompson@loganthompsonlaw.com
          ilee@loganthompsonlaw.com

ATTORNEYS FOR PLAINTIFFS